UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:11-cr-00077-2

**United States of America**

v.

**Bret Glynon Bates**

### ORDER

This criminal action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636(b)(3). Judge Love held a final revocation hearing on January 30, 2023, and issued a report recommending that the defendant's term of supervised release be revoked. Doc. 322. Defendant waived his right to object to the report, agreed to the revocation of his supervised release, agreed to the sentence below, and waived his right to be present for sentencing. Doc. 321.

Having reviewed the magistrate judge's report and being satisfied that it contains no clear error, the court hereby accepts the report and recommendation. Defendant's supervised release is revoked and the court orders that defendant Bret Glynon Bates be sentenced to a period of twelve months and one day imprisonment with no supervised release to follow. The court recommends that the defendant serve his sentence at FMC Fort Worth, Texas, if available. The court further recommends that the defendant receive drug and alcohol treatment.

*So ordered by the court on February 3, 2023.*

J. CAMPBELL BARKER
United States District Judge